# AGREEMENT

Between

## JBS USA, LLC
## GRAND ISLAND, NEBRASKA

And

## LOCAL UNION NO. 22
## UNITED FOOD & COMMERCIAL WORKERS
## INTERNATIONAL UNION

From March 1, 2010 to April 27, 2014

EXHIBIT 2

# ARTICLE 23
# BEREAVEMENT LEAVE

## SECTION 1.
When a regular full-time employee is absent from work for the purpose of attending the funeral of a member of the employee's immediate family, the Company will pay the employee the hours they would have worked, up to a maximum of eight (8) hours, unless the employee has a normal workday in excess of eight (8) hours, at the employee's regular rate of pay for up to three (3) consecutive days, provided that:

    A. The employee's supervisor is notified of the purpose of the absence no later than the first day of such absence, and

    B. The days off with pay will be a maximum three (3) consecutive days, one of which must be the day of the funeral.

## SECTION 2.
Funeral leave, as noted above, is provided for the purpose of attending the funeral and is granted for that purpose only. Employees not able to attend the immediate family funeral will be granted one (1) day of funeral leave.

## SECTION 3.
The immediate family is defined as employee's spouse, child, mother, father, sister, brother, grandparents, grandchildren, mother-in-law, and father-in-law. When requested, the employee is expected to provide proof of date of funeral and relationship.

## SECTION 4.
One day of paid funeral leave, as described above, will be allowed to attend the funeral for the brother-in-law or sister-in-law, grandparents of the spouse and nieces or nephews of the employee.

## SECTION 5.
Employees who must travel to distant locations because of the death of a member of their immediate family will, upon request, be granted additional days of unpaid, excused leave of absence, which shall be of reasonable duration.

# ARTICLE 24
# LEAVE OF ABSENCE

## SECTION 1.
The Company may grant leaves of absence without pay to employees who request same for personal or emergency reasons. The employee's service record, circumstances requiring the leave, staffing requirements and previous commitments to other employees will be considered when granting this leave. Such leaves will not be granted for the purpose of allowing an employee to take another position temporarily, try out new work, or venture into business for themselves. The company reserves the right to require employees to use accrued paid leave prior to taking unpaid leave when requesting a qualified leave of absence under FMLA.

### SECTION 2.
Employees may be granted leaves of absence to attend Union functions including local union executive board meetings and conventions for periods of less than two weeks with prior written notice to the General Manager or his designee. Such absences shall be without pay and limited to the number agreed upon by the Company and the Union.

### SECTION 3.
In the event the Union appoints or elects an employee to a full-time position with the Union, the Company upon proper notification shall grant a leave of absence without pay and benefits, not to exceed the life of this Agreement. Individuals on such Union leave who wish to return to work for the Company shall be placed on a job in the Division they previously held without loss of seniority rights, provided they are capable of performing the work. No more than two (2) employees will qualify for such leave of absence at any one time.

### SECTION 4.
It is further understood that any employee granted a leave of absence under Section 3 of this Article shall not be eligible for vacation pay under such leave of absence except where the employee qualified and became eligible for a vacation prior to the leave. Any unexercised vacation rights shall be satisfied by a cash payment equal to the amount the employee would have been paid for the vacation.

### SECTION 5.
The Company and Union will comply with the Family and Medical Leave Act (FMLA).

A. Leave Entitlement An employee who has been employed by the Company for 12 months and who has completed 1,250 hours of work during the 12-month period immediately preceding the commencement of such leave, will be entitled to leave under the Family and Medical Leave Act of 1993 ("FMLA") In accordance with its provisions and the provisions of this Section 2.

B. <u>Year for Purposes of Determining Leave Entitlement</u>. For purposes of determining an employee's leave entitlement under the Act, the 52-week period immediately preceding the commencement of leave under the Act shall be the applicable measuring period.

C. <u>Employee Responsibilities.</u>

(i) <u>Physician's Certification.</u> In order for an FMLA leave to be approved, it is the responsibility of the employee to obtain from his or her physician a fully executed Physician's Certification form, which will be provided to the employee by the Company. The <u>Application for Leave.</u> An eligible employee must complete a written application for an FMLA leave. Where the need for a leave was not known in advance due to accident, illness, or circumstances beyond the employee's reasonable knowledge or control, an application may be completed upon the employee's first

reasonable opportunity to do so. In all other cases where FMLA leaves are known in advance, the application should be completed and submitted thirty (30) days prior to the commencement of the leave.

(ii) Failure of the employee to obtain and submit the completed Physicians certification form may result in the delay or denial of an FMLA leave, in which event; the leave may be treated as an unexcused absence.

(iii) <u>Cooperation</u>. An employee on an approved FMLA must provide periodic reports as requested by the Company in order to keep the Company informed as to the employee's status and expected date of return. This requirement may be waved or modified by the Human Resources Manager depending on the circumstance.

(iv) <u>Fitness for Duty</u>. Prior to returning from an FMLA leave involving their own serious health condition, an employee may be required to successfully pass a fitness for duty examination to be paid for by the Company.

(v) <u>Failure to Return</u>. An employee who fails to return upon the expiration of an approved FMLA leave will be considered a voluntary quit.

(A) <u>Payment of Group Insurance Premiums During Leave</u>

(i) Each employee on unpaid leave under the Act shall remain responsible for paying the employee's share of the premium for coverage elected by the employee. The employee who desires to continue coverage shall directly submit tot he Company, not later than the employee's normal payday, the amount of premium owed by the employee ("Employee Contribution").

If the employee shall fail to timely remit premium payments, the Company shall make such payments on behalf of the employee and,...after the employee's return from such leave, shall deduct (from each wage payment made to the employee) two times the Employee Contribution, until the entire amount paid by the Company on behalf of the employee, has been repaid.

If the employee fails to return to work upon the expiration of an approved FMLA leave, any payments made by the Company toward the premium cost of benefits provided (including both Company and Employee Contributions), shall be legal debt due and owing from such employee to Company, which the Company may institute appropriate legal action to collect.

35