## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORA DE LA CRUZ,** | ) | CASE NO. 8:11CV231 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **JBS SWIFT AND COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 35).  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The parties will bear their own costs and attorney's fees, and the complete record will be waived.  Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 35) is approved;

2. This action is dismissed with prejudice;

3. All other pending motions are denied as moot; and

4. The parties will bear their own costs and attorney's fees, and the complete record shall be waived.

Dated this 6th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge